UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CARLOS GUERRERO, :
:
       Petitioner : CIVIL NO. 1:CV-16-1121
vs. :
: (Judge Caldwell)
FEDERAL BUREAU OF PRISONS, :
:
       Respondent :

*O R D E R*

AND NOW, this 3rd day of May, 2017, upon consideration of Guerrero's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and for the reasons set forth in the accompanying memorandum, it is ORDERED that:

    1. The petition for writ of habeas corpus (ECF No. 1) is dismissed as moot.

    2. The Clerk of Court is directed to close this file.

                            /s/ William W. Caldwell
                            William W. Caldwell
                            United States District Judge